AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 08/3/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | George Mason University Antonin Scalia Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | George Mason University Antonin Scalia Law School | $354,310.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Univ. Antonin Scalia Law School | 1/1/2015 - 1/6/2015 | West Palm Beach, FL | Family Fundraising | Travel related expenses |
| 2. | American Bar Association | 1/15/2015 - 1/19/2015 | St. Kitts, Nevis | Professional Association | Travel related expenses |
| 3. | George Mason Univ. Antonin Scalia Law School | 2/5/2015 - 2/8/2015 | St. Kitts, Nevis | Teaching | Travel related expenses |
| 4. | George Mason Univ. Antonin Scalia Law School | 2/5/2015 - 2/8/2015 | Duck Key, FL | Teaching | Travel related expenses |
| 5. | George Mason Univ. Antonin Scalia Law School | 2/9/2015 - 2/10/2015 | West Palm Beach, FL | Family Fundraising | Travel related expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | George Mason Univ. Global Antitrust Inst. | 2/27/2015 - 3/4/2015 | Singapore, Singapore | Teaching | Travel related expenses |
| 7. | George Mason Univ. Antonin Scalia Law School | 3/12/2015 - 3/15/2015 | West Palm Beach, FL | Family Fundraising | Travel related expenses |
| 8. | Mont Perlin Society | 3/21/2015 - 3/24/2015 | Lima, Peru | Professional Association | Travel related expenses |
| 9. | George Mason Univ. Antonin Scalia Law School | 3/25/2015 - 3/26/2015 | Lima, Peru | Teaaching | Travel related expenses |
| 10. | George Mason Univ. Antonin Scalia Law School | 3/31/2015 - 4/5/2015 | West Palm Beach, FL | Family Fundraising | Travel related expenses |
| 11. | George Mason Univ. Antonin Scalia Law School | 4/23/2015 - 5/5/2015 | Sydney, Australia | Teaching | Travel related expenses |
| 12. | George Washington Univ.School of Law | 6/15/2015 - 6/15/2015 | Dusseldorf, Germany | Teaching | Travel related expenses |
| 13. | University of London | 6/15/2015 - 6/16/2015 | London, United Kingdom | Teaching | Travel realted expenses |
| 14. | George Mason Univ. Antonin Scalia Law School | 6/17/2015 - 6/17/2015 | London, United Kingdom | Teaching | Travel related expenses |
| 15. | Federalist Society | 7/14/2015 - 7/14/2015 | Palo Alto, CA | Professional Association | Travel related expenses |
| 16. | George Mason Univ. Antonin Scalia Law School | 7/29/2015- 7/29/2015 | Northeast Harbor, ME | Family Fundraising | Travel related expenses |
| 17. | Free to Choose Network | 7/29/2015 - 7/29/2015 | Northeast Harbor, ME | Teaching | Travel related expenses |
| 18. | George Mason Univ. Global Trust Antitrust Inst. | 9/10/2015 - 9/14/2015 | Beijing, China | Teaching | Travel related expenses |
| 19. | Federalist Society Columbia Univ. Law School | 10/1/2015 - 10/1/2015 | New York, NY | Professional Association | Travel related expenses |
| 20. | George Mason Univ. Antonin Scalia Law School | 10/10/2015 - 10/14/2015 | Rio de Janerio, Brazil | Teaching | Travel related expenses |
| 21. | New York University School Law | 10/15/2015 - 10/15/2015 | New York, NY | Hayek Lecture | Travel related expenses |
| 22. | Yale CEO Summit | 12/15/2015 - 12/17/2015 | New York, NY | Conference | Travel related expenses |
| 23. | George Mason Univ. Antonin Scalia Law School | 12/17/2015 - 12/17/2015 | New York , NY | Teaching | Travel related expenses |
| 24. | George Mason Univ. Antonin Scalia Law School | 12/28/2015 - 12/31/2015 | West Pam Beach, FL | Family Fundraising | Travel related expenses |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF retirement account | D | Dividend | O | T | | | | | |
| 2. ALLP see part VIII | | None | | | | | | | |
| 3. SEP IRA acct | | None | J | T | | | | | |
| 4. WDMG see part VIII | | None | | | | | | | |
| 5. WBRXX (renamed FZBXX) | | None | O | T | | | | | |
| 6. CVX | C | Dividend | L | T | | | | | |
| 7. ECL | B | Dividend | M | T | | | | | |
| 8. EPD | C | Dividend | K | T | | | | | |
| 9. FAST | C | Dividend | M | T | | | | | |
| 10. PEP | B | Dividend | K | T | | | | | |
| 11. SRCL | | None | M | T | | | | | |
| 12. TSCO | B | Dividend | M | T | | | | | |
| 13. ARG | | None | | | Sold | 02/12/15 | L | E | |
| 14. MJN | B | Dividend | | | Buy (add'l) | 02/05/15 | K | | |
| 15. | B | Dividend | | | Sold | 09/16/15 | M | | |
| 16. AGN | A | Dividend | | | Sold | 04/23/14 | L | E | |
| 17. SYK | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  HSTM | | None | | | Sold | 01/22/15 | L | E | |
| 19.  KMX | | None | M | T | | | | | |
| 20.  COO | A | Dividend | M | T | | | | | |
| 21.  DNKN | B | Dividend | L | T | | | | | |
| 22.  SMG | C | Dividend | M | T | | | | | |
| 23.  ABT | C | Dividend | M | T | | | | | |
| 24.  BMY | C | Dividend | M | T | Buy (add'l) | 02/05/15 | K | | |
| 25.  SBUX | B | Dividend | M | T | | | | | |
| 26.  IDXX | | None | M | T | | | | | |
| 27.  SLCA | A | Dividend | | | Sold | 01/08/15 | L | D | |
| 28.  PINC | | None | M | T | | | | | |
| 29.  CHD | B | Dividend | M | T | | | | | |
| 30.  C | A | Dividend | J | T | | | | | |
| 31.  CVS | C | Dividend | M | T | | | | | |
| 32.  DXCM | | None | N | T | | | | | |
| 33.  CTLT | | None | | | Sold | 10/06/15 | M | | |
| 34.  BSV | D | Dividend | N | T | Buy | 10/28/15 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CEB | A | Dividend | | | Buy | 07/21/15 | M | | |
| 36. | | | | | Sold | 10/06/15 | M | | |
| 37. PGND | | None | M | T | Buy | 07/21/15 | M | | |
| 38. AYI | A | Dividend | | | Buy | 04/07/15 | K | | |
| 39. | | | | | Buy (add'l) | 01/22/15 | M | | |
| 40. | | | | | Sold | 09/30/15 | M | E | |
| 41. ALGN | | None | M | T | Buy | 02/19/15 | M | | |
| 42. VEEV | | None | | | Buy | 02/04/15 | M | | |
| 43. | | | | | Sold | 10/06/15 | M | | |
| 44. XOM | E | Dividend | N | T | | | | | |
| 45. MRK | A | Dividend | K | T | | | | | |
| 46. RDS A | B | Dividend | K | T | | | | | |
| 47. ARG | | None | | | Sold | 02/12/15 | K | B | |
| 48. BMY | A | Dividend | K | T | | | | | |
| 49. CHD | A | Dividend | K | T | | | | | |
| 50. CVS | A | Dividend | K | T | | | | | |
| 51. ECL | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SIRO | | None | K | T | | | | | |
| 53. PRLB | | None | | | Sold | 09/18/15 | K | B | |
| 54. PINC | | None | K | T | | | | | |
| 55. DXCM | | None | L | T | | | | | |
| 56. AYI | A | Dividend | | | Buy | 01/22/15 | K | | |
| 57. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 58. | | | | | Sold | 09/30/15 | K | C | |
| 59. MO | C | Dividend | M | T | Sold (part) | 07/17/15 | J | C | |
| 60. | | | | | Sold (part) | 08/31/15 | J | B | |
| 61. JNJ | A | Dividend | K | T | | | | | |
| 62. PM | D | Dividend | M | T | Sold (part) | 07/17/15 | J | C | |
| 63. | | | | | Sold (part) | 08/31/15 | J | B | |
| 64. GG | A | Dividend | | | Sold | 03/12/15 | J | | |
| 65. CHK | A | Dividend | | | Sold | 03/12/15 | J | | |
| 66. ARG | | None | | | Sold | 02/12/15 | J | A | |
| 67. CVS | A | Dividend | K | T | | | | | |
| 68. DNKN | A | Dividend | J | T | Buy (add'l) | 07/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DHR | A | Dividend | | | Sold | 06/11/15 | J | B | |
| 70. HCSG | A | Dividend | J | T | | | | | |
| 71. CMG | | None | J | T | | | | | |
| 72. BMY | A | Dividend | K | T | | | | | |
| 73. CHD | A | Dividend | J | T | | | | | |
| 74. SIRO | | None | K | T | | | | | |
| 75. SYK | A | Dividend | J | T | | | | | |
| 76. MJN | A | Dividend | J | T | | | | | |
| 77. PRLB | | None | | | Sold | 10/05/15 | J | | |
| 78. PINC | | None | J | T | | | | | |
| 79. DXCM | | None | J | T | | | | | |
| 80. SMG | A | Dividend | J | T | | | | | |
| 81. CTLT | | None | J | T | | | | | |
| 82. CERN | | None | J | T | | | | | |
| 83. MRCC | B | Dividend | J | T | Buy | 10/06/15 | J | | |
| 84. CEB | A | Dividend | J | T | Buy | 06/22/15 | J | | |
| 85. ABT | A | Dividend | J | T | Buy | 03/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PG | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 87. ALGN | | None | K | T | Buy | 02/19/15 | J | | |
| 88. KMI | | None | | | Sold | 12/18/15 | J | | |
| 89. MMP | B | Dividend | K | T | | | | | |
| 90. BP | B | Dividend | K | T | | | | | |
| 91. KO | A | Dividend | K | T | | | | | |
| 92. ESRX | | None | M | T | | | | | |
| 93. MON | A | Dividend | K | T | | | | | |
| 94. SIAL | A | Dividend | | | Donated (part) | | | | |
| 95. | | | | | Sold | 11/18/15 | L | E | |
| 96. SLB | B | Dividend | L | T | | | | | |
| 97. TMCO | | None | K | T | | | | | |
| 98. AMZN | | None | M | T | | | | | |
| 99. Procter & Gamble SR Note | B | Int./Div. | | | Matured | 12/15/15 | K | | |
| 100. DUK | B | Dividend | K | T | | | | | |
| 101. EMR | B | Dividend | L | T | Buy (add'l) | 07/17/15 | J | | |
| 102. ETE | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NEE | A | Dividend | K | T | | | | | |
| 104. CEQP | A | Dividend | | | Sold | 12/18/15 | J | | |
| 105. MCD | B | Dividend | K | T | | | | | |
| 106. RGP | A | Dividend | | | Merged (with line 114) | 05/01/15 | J | | |
| 107. FMO | B | Dividend | | | Sold | 12/18/15 | J | | |
| 108. KYN | B | Dividend | | | Sold | 12/18/15 | J | | |
| 109. TYG | A | Dividend | | | Sold | 12/18/15 | J | | |
| 110. ACN | A | Dividend | K | T | Sold (part) | 07/17/15 | J | C | |
| 111. CVX | B | Dividend | K | T | | | | | |
| 112. CBSH | A | Dividend | K | T | | | | | |
| 113. EEP | B | Dividend | K | T | | | | | |
| 114. ETP | C | Dividend | K | T | | | | | |
| 115. PAA | A | Dividend | J | T | | | | | |
| 116. OKS | B | Dividend | J | T | | | | | |
| 117. BA | A | Dividend | K | T | Sold (part) | 07/17/15 | J | B | |
| 118. HDPSX (exchanged for HDSIX) | | None | K | T | Sold (part) | 08/24/15 | J | B | |
| 119. Wells Fargo Bank (bank deposit sweep) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CMG | | None | L | T | | | | | |
| 121. DHR | A | Dividend | M | T | Buy (add'l) | 02/05/15 | K | | |
| 122. HCSG | C | Dividend | M | T | Buy (add'l) | 02/05/15 | K | | |
| 123. V | B | Dividend | M | T | | | | | |
| 124. KSU | A | Dividend | J | T | | | | | |
| 125. WMB | B | Dividend | | | Sold (part) | 06/23/15 | K | D | |
| 126. | | | | | Sold | 12/18/15 | J | | |
| 127. GBDC | B | Dividend | K | T | | | | | |
| 128. QCOM | A | Dividend | | | Buy (add'l) | 07/17/15 | J | | |
| 129. | | | | | Sold | 12/01/15 | K | | |
| 130. NKE | A | Dividend | L | T | Sold (part) | 07/17/15 | J | C | |
| 131. | | | | | Sold (part) | 08/31/15 | J | C | |
| 132. | | | | | Sold (part) | 09/25/15 | J | D | |
| 133. AMT | A | Dividend | K | T | Sold (part) | 07/17/15 | J | A | |
| 134. CMLP | A | Dividend | | | Merged (with line 104) | 10/01/15 | J | | |
| 135. CELG | | None | K | T | Sold (part) | 07/17/15 | J | B | |
| 136. | | | | | Sold (part) | 08/31/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  VNQ | B | Dividend | K | T | | | | | |
| 138.  HTGC | C | Dividend | | | Buy (add'l) | 06/23/15 | J | | |
| 139. | | | | | Sold | 12/18/15 | K | | |
| 140.  TCPC | | None | | | Sold | 01/13/15 | K | | |
| 141.  JNBSX | B | Dividend | | | Sold | 12/21/15 | K | | |
| 142.  DVY | A | Dividend | K | T | | | | | |
| 143.  SBAC | | None | J | T | | | | | |
| 144.  VZ | A | Dividend | K | T | | | | | |
| 145.  GBX | A | Dividend | | | Buy (add'l) | 07/17/15 | J | | |
| 146. | | | | | Sold | 08/31/15 | J | | |
| 147.  COP | A | Dividend | | | Sold | 12/18/15 | J | | |
| 148.  PSX | A | Dividend | J | T | Sold (part) | 07/17/15 | J | A | |
| 149.  GMZ | | None | | | Sold | 08/20/15 | J | | |
| 150.  NMFC | B | Dividend | J | T | Buy | 01/13/15 | J | | |
| 151.  TSLX | B | Dividend | J | T | Buy | 01/13/15 | J | | |
| 152.  TCAP | B | Dividend | J | T | Buy | 01/13/15 | J | | |
| 153.  NSC | A | Dividend | J | T | Buy | 07/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  UPS | A | Dividend | J | T | Buy | 07/17/15 | J | | |
| 155.  UTX | | None | | | Buy | 07/17/15 | J | | |
| 156. | | | | | Sold | 08/31/15 | J | | |
| 157.  TJX | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 158.  HDV | C | Dividend | L | T | Buy | 08/24/15 | J | | |
| 159. | | | | | Buy (add'l) | 08/25/15 | K | | |
| 160. | | | | | Buy (add'l) | 12/21/15 | K | | |
| 161.  CMCSA | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 162.  DIS | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 163.  AMGN | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 164.  VIG | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 165.  MDLZ | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 166.  HIBB | | None | | | Sold | 08/03/15 | J | | |
| 167.  ZIVO | | None | J | T | Buy | 03/09/15 | J | | |
| 168.  FUTURES OPTIONS (See VIII) | | None | L | T | Buy | | | | |
| 169.  FUTURES OPTIONS (See VIII) | | None | L | T | Sold | | | E | |
| 170.  FZBXX | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ABT | A | Dividend | K | T | | | | | |
| 172. ARG | | None | | | Sold | 02/12/15 | K | A | |
| 173. AMZN | | None | L | T | | | | | |
| 174. BMY | A | Dividend | K | T | | | | | |
| 175. CERN | | None | K | T | Buy (add'l) | 06/22/15 | J | | |
| 176. CMG | | None | | | Sold | 12/23/15 | K | C | |
| 177. CHD | A | Dividend | K | T | | | | | |
| 178. COO | A | Dividend | | | Sold | 12/04/15 | K | A | |
| 179. CVS | A | Dividend | K | T | | | | | |
| 180. DHR | A | Dividend | | | Sold | 06/11/15 | K | D | |
| 181. DXCM | | None | L | T | | | | | |
| 182. DNKN | A | Dividend | K | T | | | | | |
| 183. ECL | A | Dividend | K | T | | | | | |
| 184. FAST | A | Dividend | | | Sold | 02/03/15 | K | | |
| 185. HSTM | | None | | | Sold | 01/22/15 | K | | |
| 186. IDXX | | None | K | T | | | | | |
| 187. GMCR | A | Dividend | | | Sold | 10/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. LKQ | | None | K | T | Buy (add'l) | 10/20/15 | J | | |
| 189. MJN | A | Dividend | | | Sold | 09/16/15 | K | | |
| 190. PINC | | None | K | T | | | | | |
| 191. PRLB | | None | | | Sold | 10/05/15 | K | | |
| 192. RNET | | None | | | Sold | 01/29/15 | K | | |
| 193. SMG | A | Dividend | K | T | Buy (add'l) | 10/20/15 | J | | |
| 194. SIRO | | None | K | T | | | | | |
| 195. SBUX | A | Dividend | K | T | | | | | |
| 196. SYK | A | Dividend | K | T | | | | | |
| 197. UPS | | None | | | Sold | 01/28/15 | K | C | |
| 198. V | A | Dividend | K | T | | | | | |
| 199. PG | A | Dividend | K | T | Buy | 01/30/15 | K | | |
| 200. CTLT | | None | K | T | Buy | 01/30/15 | K | | |
| 201. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 202. AYI | A | Dividend | | | Buy | 01/22/15 | K | | |
| 203. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 204. | | | | | Sold | 09/30/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ALGN | | None | K | T | Buy | 02/19/15 | K | | |
| 206. CEB | A | Dividend | | | Buy | 06/22/15 | K | | |
| 207. | | | | | Sold | 12/18/15 | K | | |
| 208. BGS | A | Dividend | K | T | Buy | 09/16/15 | K | | |
| 209. PAYX | A | Dividend | K | T | Buy | 10/20/15 | K | | |
| 210. PGND | | None | K | T | Buy | 10/20/15 | K | | |
| 211. RMAX | | None | K | T | Buy | 12/09/15 | K | | |
| 212. GE | | None | K | T | Buy | 12/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII.

#2 ALLP - erroneously listed as an asset for calendar year 2014. However, it was sold in a prior year.

#4 WDMG - erroneously listed as an asset for calendar year 2014. However, it was sold in a prior year.

#16 AGN - Sold 04/23/2014, was mistakenly left off prior report.

#94 SIAL - donated part to a Donor Advisory Fund 07/28/15.

#166 HIBB bought 08/04/14 but mistakenly left off prior report.

#167 ZIVO (previously HEPI) also mistakenly left off prior report.

#168 & #169 - Futures Options - Discretionary trading account and the trader makes all the transactions; I do not have the ability to make a transaction. All investments are future contracts, e.g. on metals, currancies and commodities such as orange juice; no corporate securitires involved. Please advise with further information regarding the necessary documentation and reporting for the future.

#168 - #211 were erroneously left off prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/3/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544